JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CLAUDIA SALGADO,<br>Plaintiff,<br>v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>Defendant. | NO. CV 20-6918-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 9, 2021

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE